# EXHIBIT 1

# EXHIBIT 1



# Business Entity Search

?Help

| Name | Type | City | Status |
|------|------|------|--------|
| VOTE FOR THE WORST, LLC | Limited Liability Company | Unknown | Active |

**Business Name:** VOTE FOR THE WORST, LLC
**Entity Number:** 6566559-0160
**Registration Date:** 04/19/2007
**State of Origin:**

## Address

Unknown, NA 00000

## Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 11/17/2009
**Last Renewed:** N/A
**License Type:** LLC - Domestic
**Delinquent Date:** 04/19/2011

## Registered Agent

**Registered Agent:** NATHAN E PALMER
[Search BES] [Search RPS]
**Address Line 1:** 770 E MAIN ST #248
**Address Line 2:**
**City:** LEHI
**State:** UT
**Zip:** 84043

## Additional Information

### With this information, you can...

> Search for Images

If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a **$ 2.00** fee per image of a document for this service.

> Purchase Certificate of Existence

If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a **$ 12.00 fee** for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.

Get Adobe Reader

> Access Principal Information

If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a **$ 1.00 fee** for this information.

> Back to search results       > Do Another Search

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate Utah.gov
Copyright © 2010 State of Utah - All rights reserved.

# EXHIBIT 2

# EXHIBIT 2

**reviewjournal**.com



Powered by  Clickability

Apr. 11, 2010
Copyright © Las Vegas Review-Journal

## NORM: 'Idol' finalists keep busy in Las Vegas

Season 9 "American Idol" finalists made the most of an Elvis experience during an overnight trip to Las Vegas.

Outnumbered by their own security force, the nine finalists took in Cirque du Soleil's "Viva Elvis" on Friday and took over the stage Saturday for some critique from mentor Adam Lambert, Season 8 runner-up.

They were in town to soak up all the Elvisness they could get for next week's show, which features Elvis music.

Lambert flew in from Vancouver to meet with the contestants, who rehearsed Elvis hits such as "Viva Las Vegas. " He told them not to be afraid to jump out of character.

No photos were released of the "Viva Elvis" visit, and security confiscated cell phones for most of the three-hour stay in the Elvis theater, although Vegas Confidential provided extensive details by Twitter feed (@norm_clarke).

Earlier, Lambert tweeted on his site that he was staying in Las Vegas to see the Muse, an English alternative rock band, for the first time. They were playing at Mandalay Bay Events Center.

Across town at Sam Boyd Stadium, Season 8 winner Kris Allen tweaked Lambert during Pet-a-Palooza, the annual pet extravaganza put on by KMXB-FM, 94.1, with Mark and Mercedes in the Morning, which drew an estimated 20,000 people.

While being interviewed on stage after his 45-minute performance, Allen saw a dog held by an attendee and remarked that the dog didn't look very happy.

"Must be an Adam fan," Allen jabbed.

Season 9 finalist Crystal Bowersox, the dreadlocked single mom from Ohio and "Idol" favorite according to several Web sites, raised some eyebrows Friday. When her fellow contestants gathered at the Aria buffet, she chose to sit at a table by herself.

It was the first trip to Las Vegas for many of the young hopefuls. For Andrew Garcia of Compton, Calif., it was his first plane ride, he said in a tweet as he boarded the plane Friday.

The "Idol" contingent left about 6 p.m. Saturday.

HEF'S HAVING THE USUAL

For a guy who's famous for embracing variety as the spice of life, Hugh Hefner never strays when it comes to dining.

Sure enough, the customary e-mailed message with precise details on what he wanted and how he wanted it arrived at N9NE Steakhouse in advance of his arrival for his 84th birthday visit.

Hef's dinner do's and don'ts:

- One plate of sliced tomatoes with nothing on them.

- Lamb chops and sauce provided by the Playboy Mansion.

- Canned peas, also brought directly from the Mansion.

- Plain baked potato. No seasoning.

- When his entrée arrives, he nods, which is the signal to bring him a glass of cold milk.

- For dessert, vanilla cake with fresh strawberries and whipped cream.

- He drinks Jack Daniels and Pepsi and usually has a birthday shot or two.

I asked him about his longtime ritual during an interview Friday.

"It's something a restaurant can't screw up. It's a safe bet," said Hefner, adding that it's been his favorite meal since childhood (OK, not with Jack Daniels, another safe bet.)

SIGHTINGS

Reggie Bush of the New Orleans Saints, at Coyote Ugly (New York-New York) on Friday where his rumored new girlfriend, Jessie James, performed a four-song set. On Saturday, he showed up in her cabana at Venus Pool Club at Caesars Palace. He recently broke up with socialite Kim Kardashian. James has been romantically linked to Chicago Bears quarterback Jay Cutler. Earlier, Bush was at Wet Republic, the pool venue at MGM Grand, where he was in a cabana with a large group that included Paris Hilton. But the word is they kept their distance, no doubt still on chilly terms because of Kardashian's falling out with Hilton. ... Heidi Montag, hosting at Liquid Pool at Aria (CityCenter). ... "Dancing With the Stars" alum and "Entertainment Tonight" correspondent Melissa Rycroft-Strickland, with husband Tye Strickland, at The Palazzo for his 29th birthday. They met Joan Rivers backstage before heading for CUT Steakhouse. ... At the Playboy Club (Palms) on Friday: Laurence Fishburne . Actress/ model Jaime Pressly, at the Palms Pool & Bungalows on Friday. Also there: Brooke Hogan.

THE PUNCH LINE

"Archaeologists in Greece found the oldest man-made structure in a prehistoric cave. Meanwhile, archaeologists in Beverly Hills found the youngest man-made structure having dinner with her husband, Spencer Pratt." -- Jimmy Fallon

Norm Clarke can be reached at 702-383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

**Find this article at:**
http://www.lvrj.com/news/-idol--finalists-keep-busy-in-las-vegas-90560254.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



## Sue Lowden's Bailout
Lowden Benefited From Bailouts. "It's All In The Family..."
www.AccountableAmerica.com

Ads by Google

HOME    NEWS    BLOGS    RADIO    FORUM    MAIL BAG    ABOUT US

**Ads by Google**   Adam Lambert    Idol Results    Learn to Sing    Bollywood Song



LOGIN    SIGNUP    FORGOT PASSWORD

**Subscribe**

- RSS
- Email

**Communities**

- Message Board
- VFTW on Facebook
- VFTW on Twitter
- Get a VFTW T-Shirt

**Networked Blogs**



| Author | Message |
|---|---|
| < **American Idol 9** ~ **The VFTW Contestants Song List** | |

**thefunnystone**



**I Run This Joint!**
Joined: May 2006
Location: Wearing Your Favorite Chicken McNuggets in a Mariachi Band Pin

Back to top

Posted: 4/7/2010 at 11:22 AM    

I bet it's Rock Week. The judges all seemed to think Adam was a rocker, so let's carry on that delusion again.

**puckture**



Joined: February 2010
Location:

Back to top

Posted: 4/7/2010 at 7:46 PM    

its probably something completely random.

i mean, even Adam knows hes not a real rocker...

**Razzpaddle**



Joined: March 2010
Location: Deep inside your mind, inappropriately touching your inner child

Back to top

Posted: 4/7/2010 at 7:53 PM

If Adam is the mentor, it could very well be 'Glam Tranny' week, with selections from RuPaul's songbook.

**Snotty**

Posted: 4/7/2010 at 8:44 PM    

**Friends of VFTW**

- AI Now
- All Digital Radio
- AOL Television
- Caricatures by Laura Hawbaker
- Celebrity Gossip
- Dial Idol
- Fly News
- Joe's Place Blog
- Knock Out Photography & Video
- MJ's Big Blog
- Norma Lee's Music
- Survivor Sucks
- FoxyDonna on Idol
- Top Idol



**Moderator**
Joined: March 2007
Location: limbo

Back to top

Maybe they'll all have to sing songs from his album. Or Wicked (kill me now).

**thefunnystone**



**I Run This Joint!**
Joined: May 2006
Location: Wearing Your
Favorite Chicken
McNuggets in a Mariachi
Band Pin

Back to top

Posted: 4/7/2010 at 8:53 PM                    quote

I hope it's Broadway week. A supreme insult to the guy who wants to get away from that label. 

**Bibulus**



**VFTW's Gardener**
Joined: February 2007
Location: In a Van down
by the River

Back to top

Posted: 4/7/2010 at 8:59 PM                    quote

In a MSM article today they referred to him as a 'Glam Rocker' so it will most likely be 'Rock', however that's being defined these days. 

**Analog_Kid**



Joined: April 2008
Location: Middletown

Back to top

Posted: 4/8/2010 at 12:23 AM                    quote

> Quote "Razzpaddle":
> If Adam is the mentor, it could very well be 'Glam Tranny' week, with selections from RuPaul's songbook.

With Adam being the mentor, it must be 'failed blubberhead" week.

**kerplaw**



Joined: February 2008
Location: Penn.

Posted: 4/8/2010 at 1:13 AM                    quote

While we're gonna drop two turds in the bowl next week, I'm starting to like Timmeh's chances if VFTW discipline holds. None of this week's B3 are going to benefit from the First Annual Glambert Rockers Unite Week.

Ya gotta figure Slowbodan will mop up Glambert week. I mean, she is Glambert with that vag he always wished for but never got.

I can't picture Katie McEncheese doing well. Obviously TPTB oppose Sausage Fest 2010, so I think she'll sneak past this weak.

Fugcia? He'll float by like the turd he is.

Big Mike's a crooner, pure and simple. Big Mike's gonna catch that train outta town he missed.

Aaron will finally be exposed. The kid deserves credit for playing Martyball with his song choices. But, if you plan to win, you gotta go big. Ukes, didges, bagpipes, Chris Cornell covers, prematurely gray hair, etc.

I like a repeat of this week's B3. All three have their weakness, and none of them have a base of fan support.

Back to top

**Yellow Ranger**              Posted: 4/8/2010 at 1:24 AM          



Maybe next week is some kind of "songs by past Idol contestants" theme.
Timmah could sing For Your Entertainment, and shove a backup singer's
face into his crotch shortly before planting one on Seacrest.

Joined: October 2009
Location:

Back to top

**Tim "Jah" Urban**           Posted: 4/10/2010 at 6:07 PM          



If Sanjaya allows Tim to survive beyond theme nights, I think the only
possible song is Jackie by Scott Walker. He just should replace the lyrics'
Jackie with Timmeh. It's actually great song, try to find, it was removed
from ut.

Joined: March 2010
Location: Under his
thumb

Back to top

**Tim "Jah" Urban**           Posted: 4/10/2010 at 6:08 PM          



If Sanjaya allows Tim to survive beyond theme nights, I think the only
possible song is Jackie by Scott Walker. He just should replace the lyrics'
Jackie with Timmeh. It's actually great song, try to find, it was removed
from ut.

Joined: March 2010
Location: Under his
thumb

Back to top

**houster**                   Posted: 4/11/2010 at 12:44 AM         



ELVIS SONGS:

Crystal Bowersox: I Washed My Hands In Muddy Water

Aaron Kelly: All Shook Up

Casey James: It's Now Or Never

Tim Urban: Teddy Bear or Viva Las Vegas

Mike Lynche: Trouble

Siobhan Magnus: You're The Devil In Disguise

Andrew Garcia: Return To Sender

Katie Stevens: You Gave Me A Mountain

Lee DeWyze: I've Got Confidence

Honorable Mentions:

Didi Benami: Moody Blue

Simon Cowell: Don't Be Cruel

Kara DioGuardi: Love Me Tender

Randy Jackson: A Little Less Coversation

Joined: July 2006
Location: Long Island,
New York

Back to top

**Razzpaddle**                Posted: 4/11/2010 at 1:10 AM



Joined: March 2010
Location: Deep inside your mind, inappropriately touching your inner child

Back to top

Actually for Crystal, I think the song is more like "I Washed My 'Mud' In Handy Water".

---

**Racing Rat**



Joined: February 2010
Location: Being random

Back to top

🗋 Posted: 4/11/2010 at 8:07 AM                           quote

Source : Las Vegas Review Journal

## NORM: 'Idol' finalists keep busy in Las Vegas

Season 9 "American Idol" finalists made the most of an Elvis experience during an overnight trip to Las Vegas.

Outnumbered by their own security force, the nine finalists took in Cirque du Soleil's "Viva Elvis" on Friday and took over the stage Saturday for some critique from mentor Adam Lambert, Season 8 runner-up.

They were in town to soak up all the Elvisness they could get for next week's show, which features Elvis music.

Lambert flew in from Vancouver to meet with the contestants, who rehearsed Elvis hits such as "Viva Las Vegas. " He told them not to be afraid to jump out of character.

No photos were released of the "Viva Elvis" visit, and security confiscated cell phones for most of the three-hour stay in the Elvis theater, although Vegas Confidential provided extensive details by Twitter feed.

Earlier, Lambert tweeted on his site that he was staying in Las Vegas to see the Muse, an English alternative rock band, for the first time. They were playing at Mandalay Bay Events Center.

Across town at Sam Boyd Stadium, Season 8 winner Kris Allen tweaked Lambert during Pet-a-Palooza, the annual pet extravaganza put on by KMXB -FM, 94.1, with Mark and Mercedes in the Morning, which drew an estimated 20,000 people.

While being interviewed on stage after his 45-minute performance, Allen saw a dog held by an attendee and remarked that the dog didn't look very happy.

"Must be an Adam fan," Allen jabbed.

Season 9 finalist Crystal Bowersox, the dreadlocked single mom from Ohio and "Idol" favorite according to several Web sites, raised some eyebrows Friday. When her fellow contestants gathered at the Aria buffet, she chose to sit at a table by herself. 

It was the first trip to Las Vegas for many of the young hopefuls. For Andrew Garcia of Compton, Calif., it was his first plane ride, he said in a tweet as he boarded the plane Friday.

The "Idol" contingent left about 6 p.m. Saturday.

Link to the Article

Back to top

---

**Nigel Lies**



Joined: May 2006
Location:

Back to top

🗋 Posted: 4/11/2010 at 10:36 AM                           quote

I wouldn't be surprised if "Viva Las Vegas" is what Adam and the Top 9 sang around the piano to warm up their voices and mug for the cameras, since they were in Las Vegas.

Otherwise, anyone who sings that is either asking to go home or get VFTW support.

As for Crystal, she's probably still sick and quarantined from the others.

**kcostell**



Joined: March 2009
Location: Georgia

Posted: 4/11/2010 at 2:09 PM    quote

Aaron: Love Me Tender, because it's what Archie did already.

Tim: A Little Less Conversation, with inspiration taken from Jon Peter Lewis.

Andrew: Viva Las Vegas, trading his guitar for a Ukelele.

Casey: Are You Lonesome Tonight, inviting Kara on stage halfway through the song.

Katie: Hound Dog, with twice as much head jerking as "Chain of Fools" had.

Back to top

**Myndrunner**



**ass**
Joined: February 2009
Location: Vulva Station

Posted: 4/11/2010 at 2:22 PM    quote

I have EXCLUSIVE inside information from the janitor of the Kodiak Theater who tells me that these are the songs the Idol's will sing during Elvis week, unofficially, as far as you know:

Casey James - Jailhouse Rock

Tim Urban - Hunka Hunka Burnin Love

Gokey Gomez - Houndog (to Kara)

Michael Lynche - Viva las Vegas

Lee Dewyze - Blue Suede Shoes

Siobhan Magnus - Love Me Tender

Crystal Bowersox - In the Ghetto

Aaron Kelley - Don't Be Cruel

Katiebot 2000 - America the Beautiful

Back to top

**Razzpaddle**



Joined: March 2010
Location: Deep inside your mind, inappropriately touching your inner child

Posted: 4/11/2010 at 3:05 PM    quote

Meh to me, Elvis songs is a total phail week because almost all of his songs sound pretty much alike. He's from that era and genre where they just cranked out the same hillbilly twang because that's what his audience wanted. Elvis was more a visual act, selling his sex appeal to the ladies. And in the last 30 years or so his brand has been so damaged by his being a self-parody, that everyone thinks about him like a joke, even a clown. All his songs sound goofy and stupid to people today, so how can we make good jokes about a joke?

They're all going to look and sound stupid, even more so than usual, because what else is possible with Elvis? So it takes a lot of the fun out of it.

Back to top

**Razzpaddle**



Joined: March 2010
Location: Deep inside your mind, inappropriately touching your inner child

Posted: 4/11/2010 at 3:16 PM    quote

And BTW, after forcing the contestants to perform Elvis songs, the judges have the balls to complain 'oh you sound so old-fashioned', then I'm going to pull an Elvis myself and put a bullet through my TV.

Back to top

**Racing Rat**

Posted: 4/15/2010 at 9:55 AM    quote



If Tim changes his mind and decides to perform shirtless next week then there is Incubus - Drive.

Joined: February 2010
Location: Being random

Back to top



« first | ‹ previous | 1 | ... | 6 | 7 | **8** | 9 | 10 | ... | 14 | next › | last » | 8 | Go

All times are EDT

The time now is Thu - May 20, 2010 12:57 PM
**Vote for the Worst Message Board Forum Index**

newtopic    postreply

General Mail | Interview Requests | Advertising

# EXHIBIT 4

EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007159695 / 2010-06-21

Application Title: Idol' finalists keep busy in Las Vegas.

Title:               Idol' finalists keep busy in Las Vegas.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-04-11

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

===============================================================================