UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIGHTHAVEN, LLC., a Nevada limited liability company, | |
| Plaintiff, | 2:10-cv-1045-KJD-RJJ |
| vs. | |
| VOTE FOR THE WORST, LLC, a Utah limited-liability company; *et al.*, | O R D E R |
| Defendant, | |

This matter was submitted to the undersigned Magistrate Judge on Defendant's Motion to Stay Rule 26(f) Conference (#18).

The Court having reviewed the Motion (#18), the Response (#19), the Declaration of J. Charles Coons, Esq. (#20) and the Reply (#21) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Rule 26(f) Conference (#18) is **GRANTED.** The Rule 26(f) conference is stayed until the Court enters an order on the Motion to Dismiss (#14).

DATED this  4th  day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge