John L. Krieger (NV Bar No. 6023)
JKrieger@LRLaw.com
Nikkya G. Williams (NV Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8298

Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
7001 W. Charleston Boulevard, #1043
Las Vegas, Nevada 89117
Telephone: (888) 667-1113
Facsimile: (305) 437-7662
Randazza.com

Attorneys for Defendants
*Vote for the Worst, LLC,*
*Nathan E. Palmer,*
*and David J. Della Terza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VOTE FOR THE WORST, LLC, an Utah limited-liability company; NATHAN E. PALMER, an individual; and DAVID J. DELLA TERZA, an individual,<br><br>Defendant. | Case No. 2:10-cv-01045-KJD-GWF<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 10-6, Lewis and Roca LLP respectfully moves this Court for an order permitting Lewis and Roca to withdraw as counsel for Defendants in this case. This motion is supported by the following memorandum of points and authorities and the accompanying Declaration of Nikkya Williams ("Williams Decl.").

**MEMORANDUM OF POINTS AND AUTHORITIES**

Local Rule IA 10-6(b) states: "no attorney may withdraw after appearing in a case except

by leave of court after notice served on the affected client and opposing counsel." Defendants have agreed to Lewis and Roca's withdrawal and, thus, have received notice of Lewis and Roca's intent to withdraw. ( Williams Decl. ¶¶ 4-5.)

Plaintiff's counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein. Additionally, Local Rule IA 10-6 (e) provides that "no withdrawal... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay of any kind will result from Lewis and Roca's withdrawal because Defendants are represented in this matter by J. Malcom DeVoy and Marc Randazza of Randazza Legal Group, who have previously appeared before this Court. (Williams Decl. ¶ 3; Docs. 22 and 26.) Lewis and Roca has worked with Mr. DeVoy and Mr. Randazza as co-counsel in this matter for the past six months and they are well aware of and up to speed on all aspects of this case. (Williams Decl. ¶ 6.) Lewis and Roca's withdrawal will not prejudice either party or delay any proceeding in this matter. Given Defendants' limited resources, it is in Defendants' best interest to be represented by only one firm, rather than two.

Dated: this 19th day of April, 2011.

Respectfully submitted,

LEWIS AND ROCA LLP

By: /s/ Nikkya G. Williams
John L. Krieger (Nevada Bar No. 6023)
Nikkya G. Williams (Nevada Bar No. 11484)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)
*Attorneys for Defendants Vote for the Worst, LLC, NATHAN E. PALMER, and DAVID J. DELLA TERZA*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Lewis and Roca LLP and that on this 19th day of April, 2011, I caused documents entitled:

- LEWIS AND ROCA LLP'S MOTION TO WITHDRAW AS COUNSEL CONFERENCE and
- DECLARATION OF NIKKYA G. WILLIAMS IN SUPPORT OF LEWIS AND ROCA LLP'S MOTION TO WITHDRAW AS COUNSEL CONFERENCE

to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]   to be hand-delivered;

[X]   by the Court's CM/ECF system.

/s/ Judith A. Vienneau
An employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-3-

551711.1