John L. Krieger (Nevada Bar No. 6023)
JKrieger@LRLaw.com
Nikkya G. Williams (Nevada Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
7001 W. Charleston Boulevard, #1043
Las Vegas, Nevada 89117
Telephone: (888) 667-1113
Facsimile: (305) 437-7662
Randazza.com

Attorneys for Defendants
*Vote for the Worst, LLC,*
*Nathan E. Palmer, and*
*David J. Della Terza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited-liability company<br><br>                    Plaintiff,<br>vs.<br><br>VOTE FOR THE WORST, LLC, an Utah limited-liability company; NATHAN E. PALMER, an individual; and DAVID J. DELLA TERZA, an individual<br><br>                    Defendants. | Case No.: 2:10-CV-01045-KJD-RJJ<br><br>**DECLARATION OF NIKKYA G. WILLIAMS IN SUPPORT OF LEWIS AND ROCA LLP'S MOTION TO WITHDRAW AS COUNSEL** |

I, Nikkya G. Williams, declare under penalty of perjury pursuant to the laws of the United States and State of Nevada that the following is true and correct:

1.  I am an attorney at Lewis and Roca LLP, counsel for Defendants, and I have personal knowledge of the facts set forth below and am competent to testify regarding these facts and statements.

2.  Lewis and Roca first appeared on behalf of Defendants on July 30, 2010.

-1-

546470.1

3. J. Malcolm DeVoy, of Randazza Legal Group, first appeared on behalf of Defendants on November 17, 2010. The Court approved the *pro hac vice* application of Marc Randazza, of Randazza Legal Group, on January 31, 2011. Lewis and Roca has worked with Mr. DeVoy and Mr. Randazza as co-counsel since their respective appearances and they are well aware of and up to date on all matters in this case. Mr. DeVoy and Mr. Randazza continue to represent Defendants in this matter.

4. On April 13, 2011, Defendants agreed to allow Lewis and Roca to withdraw as counsel from this case and cease our representation of them.

5. Defendants, therefore, have received notice of Lewis and Roca's intent to withdraw.

EXECUTED this April 19, 2011

_____
NIKKYA G. WILLIAMS