Marc J. Randazza (Admitted *Pro Hac Vice*)
J. Malcolm DeVoy IV (Nevada Bar No. 11950)
jmd@Randazza.com
mjr@Randazza.com
RANDAZZA LEGAL GROUP
7001 W. Charleston Boulevard, #1043
Las Vegas, Nevada 89117
Telephone: (888) 667-1113
Facsimile: (305) 437-7662

Attorney for Defendants,
*Vote for the Worst, LLC,*
*Nathan E. Palmer,*
*and David J. Della Terza*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VOTE FOR THE WORST, LLC, an Utah limited-liability company, NATHAN E. PALMER, an individual; and DAVID J. DELLA TERZA, an individual<br><br>Defendants. | Case No. 2:10-cv-01045-KJD-RJJ<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendants hereby file this Certificate of Interested Parties. The undersigned, counsel of record for Defendants Vote for the Worst, LLC, Nathan E. Palmer and David J. Della Terza, certifies that the following have an interest in the outcome of this case:

    Vote for the Worst LLC – Defendant

    David J. Della Terza – Defendant

    Nathan E. Palmer – Defendant

Katherine Palmer – Spouse of Defendant Nathan E. Palmer

Randazza Legal Group – Counsel to Defendants

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated: April 23, 2011

Respectfully Submitted,

RANDAZZA LEGAL GROUP

_____
Marc J. Randazza
J. Malcolm DeVoy

Attorneys for Defendants
*Vote for the Worst, LLC,*
*Nathan E. Palmer,*
*and David J. Della Terza*

Randazza Legal Group
7001 W. Charleston Blvd. # 1043
Las Vegas, NV 89117
(888) 667-1113

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 23rd day of April, 2011, I caused documents entitled:

- DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

to be served as follows:

[ ]  by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]  Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ ]  to be hand-delivered;

[ X ]  by the Court's CM/ECF system.

                                            /s/ J. Malcolm DeVoy
                                            J. Malcolm DeVoy

Randazza Legal Group
7001 W. Charleston Blvd. # 1043
Las Vegas, NV 89117
(888) 667-1113