SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>  Plaintiff,<br><br>v.<br><br>VOTE FOR THE WORST, LLC, a Utah limited-liability company; NATHAN E. PALMER, an individual; and DAVID J. DELLA TERZA, an individual,<br><br>  Defendant. | Case No.: 2:10-cv-01045-KJD-RJJ<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF RIGHTHAVEN LLC TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendants Vote For The Worst, LLC, Nathan E. Palmer, and David Della Terza (collectively "Defendants"), by and through their counsel of record, that Righthaven shall have up to and including Friday, May 6, 2010 to file its response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. # 33). Defendants shall an additional two (2) days from the time period from the standard briefing period under the Local Rules of Civil Practice to file his reply to Righthaven's response.

1

This stipulation is sought in good faith and not for purposes of delay. It is entered into as an accommodation to Righthaven's counsel's schedule.

Dated this 4th day of May, 2011.

| RANDAZZA LEGAL GROUP | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ J. Malcom DeVoy IV<br>J. Malcom DeVoy IV, Esq.<br>Nevada Bar No. 11950<br>jmd@Randazza.com<br>7001 W. Charleston Blvd., # 1043<br>Las Vegas, Nevada 89117 | By: /s/ Shawn A. Mangano<br>Shawn A. Mangano, Esq.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**